FORM L146 Order Dismissing Case for Failure to Timely File Document(s)　(v.06.13)

15–10108 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

**Case Number:**　15–10108 – B – 13

Debtor Name(s), Social Security Number(s), and Address(es):

George Manuel Sousa
12652 7th Ave
Hanford, CA 93230

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated: 2/2/15

ORDERED PURSUANT TO GENERAL ORDER 13–04
FOR THE COURT
Wayne Blackwelder, Clerk

By: __jdas_____
　　　　　　Deputy Clerk